

Villanova University School of Law

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-10-2014

# Thomas Foglia v. Renal Ventures Management

Precedential or Non-Precedential: Precedential

Docket No. 12-4050

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

### Recommended Citation

"Thomas Foglia v. Renal Ventures Management" (2014). *2014 Decisions.* Paper 548.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/548

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **12-4050**


THOMAS FOGLIA,
In the Name of the United States Government
pursuant to the False Claims Act, 31 U.S.C. Section 3730;
the State of New JerseyFalse Claims Act,
Title 2A of the New Jersey Statutes and amending 3 P.L. 1968, C. 413;
The State of Texas pursuant to TEX.HUM.RES.CODE Sec. 36.001-26.117
and individually pursuant to the New Jersey Conscientious
Employee Protection Act, N.J.S.A. 34:19-1 et Seq.,
Appellant

v.

RENAL VENTURES MANAGEMENT, LLC
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-09-cv-01552)
District Judge; Honorable Noel L. Hillman
_____

Before:  McKEE, Chief Judge, SMITH, AND SLOVITER, Circuit Judges

_____

**ORDER**
_____

It is hereby ORDERED that the Opinion filed on June 6, 2014 is vacated and an amended opinion shall be filed simultaneously with this Order.  The revised opinion does not alter the June 6, 2014 judgment.

By the Court,
s/ Dolores K. Sloviter
Circuit Judge

Dated: June 10, 2014
PDB/cc: All Counsel of Record